JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA C ANAYA,**<br><br>　　　　**Plaintiff(s),**<br><br>　　v.<br><br>**HOME DEPOT U.S.A., INC., ETC.**<br><br>　　　　**Defendant(s).**<br>_____ | CASE NO. **SACV09-0131 DOC (ANx)**<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

　　　　IT IS HEREBY ORDERED on the stipulation of the parties that the above-captioned action is dismissed with prejudice.  Accordingly, the status conference previously set for July 7, 2010 is vacated.

DATED: June 23, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge